# Court of Appeals
# of the State of Georgia

ATLANTA, June 04, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0346. TRINICIA PRESSLEY v. 14TH PEACHTREE APARTMENTS HOLDING, LLC.

In this pro se application for discretionary appeal, Trinicia Pressley, a defendant in the case below, seeks review of the state court's order of April 12, 2024. In that order, the court denied the defendants' motion to vacate and set aside a writ the court had previously entered. The court further ordered that a hearing would be scheduled on the issue of damages. We lack jurisdiction to consider this application because the April 12 order did not fully resolve the case.

Because the civil action remains pending below, Pressley was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to obtain appellate review at this time. See OCGA § 5-6-34 (b); *Howard v. Collins*, 170 Ga. App. 362, 363 (317 SE2d 630) (1984) ("Because the claim for rent remains pending, the writ of possession is an interlocutory order which is not appealable absent compliance with the interlocutory appeal procedures..."). Pressley's failure to comply with the interlocutory appeal requirements deprives us of jurisdiction over this application, which is hereby

DISMISSED. See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__06/04/2024_____*
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*